**CITY OF SULPHUR v. STATE ex rel. LANKFORD, Bank Com'r.**

No. 7090—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 749.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by the State of Oklahoma, on the relation of J. D. Lankford, Bank Commissioner of the State of Oklahoma, against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

George M. Nicholson, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 744, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.

---

**CITY OF SULPHUR v. HENRY.**

No. 7091—Opinion Filed Oct. 10, 1916.

Rehearing Denied Jan. 30, 1917.

(162 Pac. 750.)

Error from District Court, Murray County; R. McMillan, Judge.

Action by P. B. Henry against the City of Sulphur. There was a judgment for plaintiff, and defendant brings error. Affirmed.

Walter E. Latimer, E. W. Fagan, and Ira M. Roberts, for plaintiff in error.

H. W. Broadbent, for defendant in error.

Opinion by HOOKER, C. The opinion this day rendered in case No. 7092, City of Sulphur v. J. D. Lankford, Bank Commissioner, 62 Okla. 312, 162 Pac. 755, is decisive of the issues involved here, and under that authority this cause is affirmed.

By the Court: It is so ordered.